UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                          )
                                )
Larry G. & Helen L. Anderson    )     CASE No. 05-41877
                                )
            Debtor              )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   SAMC-DBA-FPN, 3 N. Court St., PMB 355, Crown Point, IN
      46307-3923

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $322.92 into the Registry Account with the U.S. Bankruptcy Court. The Trustee issued Check No. 104078 on December 3, 2010 in the amount of $322.92 to SAMC-DBA-FPN at the address stated above. The check was returned to the Trustee marked "Return to Sender". The address on the check is the same as on the Proof of Claim. There was no telephone number on the Proof of Claim and no listing on the internet for this creditor and Trustee could not locate the creditor. Funds were reserved to be turned over to the Registry.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 11th day of January, 2011.

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 11th day of January, 2011 to:

SAMC-DBA-FPN, 3 N. Court St., PMB 355, Crown Point, IN  46307-3923
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN  46601
James R. Reed, P.O. Box 166, Morocco, IN 47963-0166

<u>/s/ David A. Rosenthal</u>
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248